1
2
3                                                           O
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11    ROBERT VOSKANYAN,                    Case No.  2:18-cv-08251-MWF-KES

12              Petitioner,

13         v.                             ORDER ACCEPTING REPORT AND
                                          RECOMMENDATION OF UNITED
14    JOE A LIZARRAGA,                     STATES MAGISTRATE JUDGE

15              Respondent.

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the

18    other records on file herein, and the Report and Recommendation of the United

19    States Magistrate Judge (Dkt. 27).  Further, the Court has engaged in a de novo

20    review of those portions of the Report and Recommendation to which objections

21    (Dkt. 30) have been made.  The Court accepts the report, findings, and

22    recommendations of the Magistrate Judge.

23         IT IS THEREFORE ORDERED that Judgment be entered denying the

24    Petition.

25

26    DATED:  December 19, 2019    _____

27                                 MICHAEL W. FITZGERALD
                                   UNITED STATES DISTRICT JUDGE
28