UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VOSKANYAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOE A LIZARRAGA, Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-08251-MWF-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied.

DATED: December 19, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE